IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DAMON ZEIGLER,** | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-480 (MTT) |
| **DARRELL HART, WARDEN,** | ) |
| Respondent. | ) |

### ORDER

This matter is before the Court on the Petitioner's motion for reconsideration, or in the alternative, issuance of a certificate of appealability. (Doc. 30). Pursuant to Local Rule 7.6, "Motions for Reconsideration shall not be filed as a matter of routine practice." M.D. Ga. L.R. 7.6. "Reconsideration is appropriate only if the movant demonstrates (1) that there has been an intervening change in the law, (2) that new evidence has been discovered which was not previously available to the parties in the exercise of due diligence, or (3) that the court made a clear error of law." *Bingham v. Nelson*, 2010 WL 339806, at *1 (M.D. Ga.) (internal quotation marks and citation omitted). "In order to demonstrate clear error, the party moving for reconsideration *must do more than simply restate his prior arguments*, and any arguments which the party inadvertently failed to raise earlier are deemed waived." *McCoy v. Macon Water Auth.*, 966 F. Supp. 1209, 1223 (M.D. Ga. 1997) (emphasis added).

Here, the Petitioner has not met his burden. He has alleged no intervening change in the law, has presented no new evidence not previously available to the parties, and the Court is not persuaded its previous ruling was clearly erroneous. The

Petitioner merely restates his grounds for relief from his petition.  Further, the Petitioner does not make a substantial showing of the denial of a constitutional right pursuant to 28 U.S.C. § 2253(c)(2).  Accordingly, the Petitioner's motion for reconsideration or a certificate of appealability is **DENIED**.

    **SO ORDERED**, this the 16th day of April, 2014.

                                                S/ Marc T. Treadwell
                                                MARC T. TREADWELL, JUDGE
                                                UNITED STATES DISTRICT COURT