IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DAMON ZEIGLER,** | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-480 (MTT) |
| **DARRELL HART, WARDEN,** | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Petitioner's motion to proceed in forma pauperis on appeal. (Doc. 37). The Court previously adopted the Magistrate Judge's Recommendation to deny the Petitioner a certificate of appealability ("COA") and denied the Petitioner's motion for reconsideration. (Docs. 26; 28; 31). Because the Petitioner is not entitled to a COA, he is not entitled to appeal in forma pauperis. Accordingly, the Petitioner's motion is **DENIED**.

**SO ORDERED**, this 11th day of July, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT